UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALPHA TECHNOLOGIES, INC., ) <br> ) <br> Defendant. ) | NO. CR04-0173C <br><br> WAIVER OF INDICTMENT |

Alpha Technologies, Inc., having been advised of the nature of the charge and having been advised of its right to prosecution by Indictment pursuant to Rule 7(a) of the Federal Rules of Criminal Procedure; having been advised that pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure Alpha Technologies, Inc. may waive prosecution by Indictment and may be prosecuted by Information, does

//

//

//

04-CR-00173-WV

//

WAIVER OF INDICTMENT/— 1
ALPHA TECHNOLOGIES, INC.

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

knowingly, and with advice of counsel, waives in open court its right to be prosecuted by Indictment and does hereby consent to prosecution by Information.

DATED this 13th day of April, 2004.

Defendant Alpha Technologies, Inc.
By: _____
Its: President

_____
ROBERT McCALLUM
Attorney for Alpha Technologies, Inc.

_____
BRADLEY A. SMITH
Attorney for Alpha Technologies, Inc.

_____
ROBERT WESTINGHOUSE
Assistant United States Attorney

_____
SUSAN LOITZ
Assistant United States Attorney

Approved:

_____
U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

WAIVER OF INDICTMENT/-- 2
ALPHA TECHNOLOGIES, INC.

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970