UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                          )   NO.   CR04-0173
          Plaintiff,      )
                          )
     v.                   )
                          )   SATISFACTION OF MONETARY
ALPHA TECHNOLOGIES, INC., )   IMPOSITION
                          )
          Defendant.      )
_____  )

    The monetary imposition in the above entitled case, having been paid in full, the Clerk of
the United States District Court for the Western District of Washington is hereby authorized and
empowered to satisfy the condition in the sentence ordering payment.

    DATED this 1st day of July, 2004.


                              Respectfully submitted,

                              JOHN McKAY
                              United States Attorney


                              s/Anastasia D. Bartlett_____
                              ANASTASIA D. BARTLETT
                              Assistant United States Attorney
                              Washington State Bar No. 7142
                              601 Union Street, Suite 5100
                              Seattle, WA 98101-3903
                              Telephone: (206) 553-7970
                              Fax: (206) 553-0114
                              E-mail: anastasia.bartlett@usdoj.gov

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970